UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBERT TORRES,

           Plaintiff,        11 Civ. 5309 (JGK)

  - against -              ORDER

CAROLYN W. COLVIN,

           Defendant.

---

JOHN G. KOELTL, District Judge:

The Court has received the Report and Recommendation of Magistrate Judge Dolinger dated February 4, 2014, which recommends that the Court grant the motion by plaintiff's attorney, Christopher J. Bowes, Esq., for an award of attorney's fees in the amount of $13,700.00. No objections have been filed and the time for such objections has passed. In any event, the Court finds that the Report and Recommendation are thorough and well-reasoned and should be adopted.

Therefore, the plaintiff's motion for attorney's fees of $13,700.00 for Christopher J. Bowes is **granted**.

**The Clerk is directed to close all pending motions.**

SO ORDERED.

Dated:    New York, New York
           March 5, 2014

                                          John G. Koeltl
                                     United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED 3/6/14